# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC



Michael S. Lamonsoff, Esq. ○△
Beth Kirschner, Esq. ○
Stacey Haskel, Esq. *
Romina Tominovic, Esq. ○
Jason Lesnevec, Esq. ○△∞^*◊
Andrew Davidow, Esq.
Jerome Bivona, Esq. *ℓ•♦
Hannah Joly, Esq. ○
Anthony Mangona, Esq. ○△∞^*◊

Lindsey Harriman, Esq. △
Liana Cotto, Esq.
Luis Muñiz, Esq. ○△
Michael Sanders, Esq. △
Evan DeFraine, Esq. ○
Brendan O'Meara, Esq. ○△•ℓ
Isabel Perez, Esq.
Kavinah Ravinthiran, Esq. ‡
Roger H. Wong, Esq.

**Of Counsel**
Darren T. Moore, Esq. ○△
Deborah Eddy, Esq. Δ*∂†
Jessica Massimi, Esq. ○△∞^
Jonathan R. Klee, Esq. *
Andrew B. Woolf, Esq. *△

Also Admitted in
○E.D.N.Y.
△S.D.N.Y.
∞W.D.N.Y.
^N.D.N.Y.
•2nd Circuit Court of Appeals
† Washington D.C.
♦South Carolina
* New Jersey
◊ NJ Federal Court
∂ California
∫ IN Northern District

□ Third Circuit Court of Appeals
‡Supreme Court of the United States
≈E.D.M.I
Δ Connecticut
δConnecticut Federal District Court
▪ North Carolina
μ Indiana
ℓ Massachusetts

December 2, 2025

*Via PACER*

Honorable Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. The case management conference scheduled for December 3, 2025 at 11:00 a.m. is ADJOURNED and will be rescheduled for **December 5, 2025 at 3:00 p.m.** to be held virtually. Counsel will receive Microsoft Teams log-in credentials at the email addresses provided to the Court. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 422 378 397 #.

Date:    December 3, 2025
         New York, New York

Re:    *Javier et al v. Grullon Rodriguez et al.*
       **Docket No.: 1:24-cv-04673-JLR**

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Dear Honorable Jennifer L. Rochon:

As you may recall, my office represents the Plaintiffs in the above captioned action. We are in receipt of your December 1, 2025 Order which compelled our virtual appearance on **December 3, 2025 at 11:00 AM.** I am respectfully requesting that said Conference be adjourned as I will be engaged in a Trial in Orange County Supreme Court, (Index No.: EF003264-2023) on December 3rd and 4th. The aforementioned Trial is a Summary Jury Trial and it is anticipated to end on December 4th. Inasmuch, I would be available on December 5th or at any other time which may be convenient for the Court for a conference. Should the Court wish to proceed at the scheduled time, I will attempt to make myself available or arrange for a colleague to cover said appearance.

I thank the Court for its time and consideration of this request.

Very Truly Yours,

*Anthony Mangona*

Anthony Mangona, Esq.