# DURKIN & DURKIN, LLC
ATTORNEYS AT LAW
80 BROAD STREET
Fifth FLOOR
NEW YORK, NEW YORK 10004

_____

(212) 349-8173
TELECOPIER (212) 858-5770

December 3, 2025

**VIA ECF ON 12/3/25**
Jennifer Rochon, M.S.C.
The Honorable United States District Court Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:    Best Buy, et als. advs. Marizol and Pedro Javier**
**Civil Action No.: 1:24-cv-04673**
**Our File No.: 3459-216**

Dear Justice Rochon:

This firm represents defendant Best Buy Stores, L.P. in the above-referenced matter. Your Honor has scheduled a Virtual Case Management Conference in this matter for 3 p.m. on December 5, 2025. (Document #25). Following up on discussions with Chambers, I have an in person Case Management Conference before Magistrate Judge Eichenholtz in the United States District Court, Eastern District at 3 p.m. on December 5, 2025, a direct conflict. As a result, counsel for plaintiff and I now interpose a joint request for the Court to change the time of the December 5, 2025 conference in this matter to 3:30 p.m.

Thank you in advance for any consideration you can give this request.

**SO ORDERED.**

_Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**

SMK:ea

cc:
Law Office of Michael S. Lamonsoff, PLLC
Attn: Anthony Mangona, Esq.
*Attorneys for Plaintiffs*
**VIA ECF E-FILING**

Respectfully submitted,

**DURKIN & DURKIN, LLC**

By:  /s/ *Stephen M. Knudsen*
**Stephen M. Knudsen, Esq.**

Request GRANTED.  The case management conference scheduled for December 5, 2025 at 3:00 p.m. is ADJOURNED and will be rescheduled for **December 5, 2025 at 3:30 p.m.** to be held virtually. Counsel will receive Microsoft Teams log-in credentials at the email addresses provided to the Court. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 422 378 397 #.

Date:    December 3, 2025
         New York, New York