UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIZOL JAVIER, et al.,

                        Plaintiffs,

        -against-

LUIS G. GRULLON RODRIGUEZ, et al.,

                        Defendants.

Case No. 1:24-cv-04673 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated in the December 5, 2025 conference the following is HEREBY

ORDERED:

Discovery shall be extended for the sole purpose of allowing Defendants to complete a

neuropsychology IME and deposition of Plaintiffs' expert Kim Busichio, PHD, by **February 9,**

**2026**.

Plaintiff's deadline to file a motion for summary judgment is **December 23, 2025**.  Any

opposition will be due on **January 20, 2026**, and a reply will be due on **February 3, 2026**.

The post discovery pre-trial conference scheduled for **December 10, 2025**, is

ADJOURNED.

Dated:  December 5, 2025
        New York, New York

                                SO ORDERED.

                                _____
                                JENNIFER L. ROCHON
                                United States District Judge