UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIZOL JAVIER and PEDRO JAVIER,

Plaintiffs,

-against-

LUIS G. GRULLON RODRIGUEZ, BEST BUY STORES, L.P., BEST BUY CO. OF MINNESOTA, and BEST BUY CO., INC.,

Defendants.

Case No. 1:24-cv-04673 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 18, 2026, the parties filed their Proposed Joint Pre-trial Order. Dkt. 45. Per Rule 5(A) of the Court's Individual Rules, the Proposed Joint Pre-trial Order is missing significant required information. Further, the parties have not filed their additional required pretrial submissions pursuant to Rules 5(B) and 5(D) of the Court's Individual Rules. The parties shall re-file a correct Proposed Joint Pre-trial Order to remedy their deficiencies, as well as file their missing submissions forthwith.

Dated: September 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge