UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIZOL JAVIER and PEDRO JAVIER,
Plaintiffs,

-against-

LUIS G. GRULLON RODRIGUEZ, BEST BUY STORES, L.P., BEST BUY CO. OF MINNESOTA, and BEST BUY CO., INC.,
Defendants.

Case No. 1:24-cv-04673 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This case was removed from state court to this Court in June of 2024. Dkt. 1. Over the past two years, this Court has granted no less than eight requests from the parties for extensions of various deadlines, including time to complete discovery and to adjourn trial. *See* Dkts. 16-23, 34-42. The Court stopped granting extensions on September 17, 2026. *See* Dkt. 44.

On September 18, 2026, the parties filed their Proposed Joint Pre-trial Order. Dkt. 45. Per Rule 5(A) of the Court's Individual Rules, the Proposed Joint Pre-trial Order was missing significant required information. Further, the parties did not file their additional required pretrial submissions pursuant to Rules 5(B) and 5(D) of the Court's Individual Rules. On September 23, the parties were ordered to re-file a correct Proposed Joint Pre-trial Order to remedy their deficiencies, as well as file their missing submissions forthwith. Dkt. 46. On September 25, 2026, the parties improperly submitted letter oppositions to motions in limine that themselves were not properly submitted. Dkts. 47-48. As of today, September 30, 2026, the parties have not filed their required materials ahead of the final pre-trial conference on October 7, 2026.

The parties are HEREBY ORDERED again to file immediately, but in no event later than October 1, 2026, the amended proposed joint pre-trial order and additional required pretrial

submissions. The Court expects compliance with its orders and rules and the present deficiencies by the parties is unacceptable. Further failure to comply with the Court's directives may result in an order of contempt.

Dated: September 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge